[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| *In Re Subpoena* to [24]7.AI, Inc., | Misc. Case No. 5:24-mc-80080 |
| PARUS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | **STIPULATION AND ORDER** |
| PARUS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>Defendant. | **Underlying Actions:**<br>Nos. 2:21-cv-00393-JRG (lead case);<br>2:21-cv-00395-JRG (member case);<br>2:21-cv-00396-JRG (member cases);<br>U.S. District Court (E.D. Tex.)<br>Judge: Hon. Rodney Gilstrap |
| PARUS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FMR LLC D/B/A FIDELITY INVESTMENTS,<br><br>Defendant. | |

Plaintiff Parus Holdings Inc. ("Parus"), third party [24]7.ai ("[24]7"), and Defendants FMR LLC D/B/A Fidelity Investments ("Fidelity") and Capital One, N.A. ("Capital One") hereby submit this Joint Stipulation and state as follows:

WHEREAS, on March 29, 2024, the Parties met and conferred via Zoom and reached an impasse with regards to the production of source code by [24]7.

WHEREAS, on April 1, 2024, Parus filed a Motion to Compel in this Court, seeking that [24]7 produce (1) certain grammar files in a human readable format or the proprietary tools

required to make such files human readable; (2) the Java code invoked to perform operations to manage call flow; and (3) the definitions for various previously produced files. Dkt. 1.

WHEREAS, on April 4, 2024, the Court issued its Order Requiring Further Meet and Confer and Filing of Joint Discovery Letter Brief, which set the deadline of April 15, 2024. Dkt. 5.

WHEREAS, on April 9, 2024, the Parties met and conferred via Zoom. [24]7 informed Parus that it would need time to further investigate Parus' source code requests and would follow-up via email.

WHEREAS, on April 11 and 12, 2024, the Parties negotiated a compromise via email.

And WHEREAS the Parties, on or about April 12, 2024, reached the following agreements: (1) [24]7 represented that does not have certain grammar files in a human readable format and it does not have the tools required to make such files human readable; (2) Capital One agreed that documented call flows may be used as evidence and will not later argue that failure to use actual source code was insufficient evidence[1]; and (3) Parus agreed to a stipulated dismissal of the Motion to Compel.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST, that the Court dismiss this miscellaneous action.

DATED: April 15, 2024                    Respectfully submitted,


                                         By: */s/ Alan P. Block*
                                         _____

                                         Alan P. Block
                                         California State Bar No. 143783
                                         ablock@McKoolSmith.com
                                         **MCKOOL SMITH, P.C.**
                                         300 S. Grand Avenue, Suite 2900
                                         Los Angeles, California 90071
                                         Telephone: (213) 694-1200
                                         Facsimile: (213) 694-1234

---

[1] This stipulation is limited to the [24]7 Voxify source code as represented by Capital One call flows and does not extend to any other source code related issue in this matter.

***ATTORNEY FOR PLAINTIFF***
***PARUS HOLDINGS, INC.***

John V. Picone III, CA Bar No. 187226
jpicone@spencerfane.com
Jeffrey M. Ratinoff, (CA Bar No. 197241
jratinoff@spencerfane.com
**SPENCER FANE LLP**
225 West Santa Clara St, Suite 1500
San Jose, CA 95113

***ATTORNEYS FOR THIRD PARTY***
***24-7AI***

Richard L. Wynne, Jr., TX Bar No. 24003214
richard.wynne@hklaw.com
Allia V.M. Howard, TX Bar No. 24127037
allia.howard@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201

John V. Picone III, CA Bar No. 187226
jpicone@spencerfane.com
Jeffrey M. Ratinoff, CA Bar No. 197241
jratinoff@spencerfane.com
**SPENCER FANE LLP**
225 West Santa Clara St, Suite 1500
San Jose, CA 95113

***ATTORNEYS FOR DEFENDANT CAPITAL***
***ONE N.A.***

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701

John V. Picone III, CA Bar No. 187226
jpicone@spencerfane.com
Jeffrey M. Ratinoff, CA Bar No. 197241
jratinoff@spencerfane.com
**SPENCER FANE LLP**
225 West Santa Clara St, Suite 1500
San Jose, CA 95113

***ATTORNEYS FOR DEFENDANT FMR LLC.
D/B/A/ FIDELITY INVESTMENTS***

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Executed on April 15, 2024

                                      */s/ Alan P. Block*
                                      Alan P. Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| *In Re Subpoena* to [24]7.AI, Inc., | Misc. Case No. 5:24-mc-80080 |
| PARUS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | **ORDER** |
| PARUS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>Defendant. | **Underlying Actions:**<br>Nos. 2:21-cv-00393-JRG (lead case);<br>2:21-cv-00395-JRG (member case);<br>2:21-cv-00396-JRG (member cases);<br>U.S. District Court (E.D. Tex.)<br>Judge: Hon. Rodney Gilstrap |
| PARUS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FMR LLC D/B/A FIDELITY INVESTMENTS,<br><br>Defendant. | |

Before the Court is the Stipulation seeking dismissal of the miscellaneous case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 15, 2024

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins, U.S. District Court, Northern District of California]

Stipulation 2 CASE NO. 5:24-MC-80080